UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TYRONE MCFADDEN, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| v. | ) | **CASE NO. 5:20-CV-75-BO** |
| | ) | |
| ANDREW M. SAUL, Commissioner of Social | ) | |
| Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 18] is GRANTED. Defendant's motion for summary judgment [DE 22] is DENIED. The decision of the ALJ is REVERSED and this matter is REMANDED to the Commissioner for an award of benefits.

**This Judgment Filed and Entered on June 24, 2021, and Copies To:**
Charlotte Williams Hall                          (via CM/ECF electronic notification)
Amanda B. Gilman                                 (via CM/ECF electronic notification)
Mark J. Goldenberg                               (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
June 24, 2021                    (By) /s/ Nicole Sellers_____
                                            Deputy Clerk